

# Krumholz Dillon, P.A.

574 Summit Ave, Suite 402, Jersey City, NJ 07306
201-656-5232 · 1-800-760-0011 · Fax 201-656-7270
Website: www.krumholzlaw.com · Email: krumholz@krumholzlaw.com

*Practicing Law Because We Care*

Alan L. Krumholz
Paula M. Dillon
Jenha A. Shorr
Barry D. Wein

July 12, 2018

Honorable John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re: *Vanessa Gross v City of Jersey City, Jersey City Division of Fire, Department of Public Safety, Joseph Menendez, Mark A. Petrucelli, Steven McGill, James Shea, Gerome Cala and Mark Bunbury*
Civil Action No.: **2:18-cv-09802-JMV-JBC**

Dear District Court Judge Vazquez :

Our office has been served with a Notice of Motion to Dismiss filed by the defendants in the within matter. Under Local Rule 7.1 (d)(5), we are hereby requesting that we be permitted an automatic extension to have out Brief in Opposition filed, making date due for our reply, August 6, 2018, and the return date of the Motion will now be August 20, 2018.

Should Your Honor have any questions, please do not hesitate to contact me. Thank you.

Respectfully yours,
**KRUMHOLZ DILLON, P.A.**

By: /s/ Paula M. Dillon
PAULA M. DILLON

PMD/jh
cc: Eric Magnelli, Esq. (Via Electronic Filing)
Peter J. Baker, Esq. (Via Electronic Filing)



So Ordered.

/s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/16/18