Eric Magnelli, Esq.
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-5700
*Attorneys for Defendants Steven McGill,*
*James Shea, Jerome Cala and Mark Bunbury*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VANESSA GROSS,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>CITY OF JERSEY CITY, *et al.*,<br><br>　　　　　*Defendants*. | Civil Case No. 2:18-cv-09802-JMV-JBC<br><br>**SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Dominick Bratti, Esq. of Bratti Greenan LLC will be substituting for Eric Magnelli, Esq. of Brach Eichler L.L.C. as counsel for Defendants Joseph Menendez and Mark A. Petrucelli in the above-captioned matter.

| | |
|---|---|
| **BRATTI GREENAN LLC**<br>*Attorneys for Defendants Joseph Menendez*<br>*and Mark A. Petrucelli* | **BRACH EICHLER L.L.C.**<br>*Attorneys for Defendants Steven McGill, James*<br>*Shea, Jerome Cala and Mark Bunbury* |
| By:　*s/ Dominick Bratti*<br>　　　Dominick Bratti, Esq. | By:　*s/ Eric Magnelli*<br>　　　Eric Magnelli, Esq. |

Dated:  September 28, 2018