# Bratti Greenan LLC
### Attorneys At Law



**Dominick Bratti**
dbratti@brattigreenan.com

**Annemarie T. Greenan***
agreenan@brattigreenan.com

*Also admitted in PA

1040 Broad Street, Suite 104
Shrewsbury, NJ 07702
(732) 852-2711

www.BrattiGreenan.com

June 24, 2021

**VIA ELECTRONIC FILING**
Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    Gross v. City of Jersey City, et al.
             Civil Action No.:  2:18-cv-09802-JMV-JBC

Dear Judge Espinosa:

    This firm represents Defendants Joseph Menendez and Mark A. Petrucelli in the above-referenced matter. Per my firm's telephone conversation with Your Honor's Chambers, we write on behalf of all parties to request that Fact Discovery in this matter be extended by sixty (60) days to and including September 28, 2021.

    Fact Discovery is currently scheduled to end on July 30, 2021.  The extension is required due to the schedules of the parties and their counsel. Plaintiff's deposition is currently scheduled for July 2, 2021 and the parties are in the process of scheduling Defendants' depositions.

    We have conferred with counsel for all parties and are authorized to state that they consent to and join in this request.

                    Respectfully submitted,

                    DOMINICK BRATTI

cc:    Paula M. Dillon, Esq. (via electronic filing)
        Chaunelle Christine Robinson, Esq., Asst. Corp. Counsel (via electronic filing)
        Eric Magnelli, Esq. (via electronic filing)